NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PULSE ELECTRONICS, INC.,**
*Plaintiff-Appellant*

**v.**

**U.D. ELECTRONIC CORP.,**
*Defendant-Appellee*

---

2021-1856

---

Appeal from the United States District Court for the Southern District of California in No. 3:18-cv-00373-BEN-DEB, Senior Judge Roger T. Benitez.

---

## JUDGMENT

---

LI CHEN, Chen Leftwich LLP, Irving, TX, argued for plaintiff-appellant. Also represented by KRISTOFFER LEFTWICH; ERIC CARR, Gazdzinski & Associates, PC, San Diego, CA; KENT M. WALKER, Lewis Kohn Walker LLP, San Diego, CA.

JOHN PETER SCHNURER, Perkins Coie LLP, San Diego, CA, argued for defendant-appellee. Also represented by KYLE R. CANAVERA, JOHN ESTERHAY, YUN (LOUISE) LU; ANDREW DUFRESNE, Madison, WI.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 6, 2022            /s/ Peter R. Marksteiner
    Date               Peter R. Marksteiner
                       Clerk of Court